Taet and O’Neill, JJ.,
dissent. See Schnebly, Treas., v. Kenyon College, 81 Ohio St., 514, affirming, without opinion, Kenyon College v. Schnebly, Treas., 12 C. C. (N. S.), 1, 21 C. D., 150; Aultman Hospital Assn. v. Evatt, Tax Commr., 140 Ohio St., 114; In re Bond Hill-Roselawn Hebrew School, 151 Ohio St., 70; Goldman, a Taxpayer, v. Friars Club, Inc., 158 Ohio St., 185; City of Cleveland v. Carney, Aud., 172 Ohio St., 189.
Doyle, J., of the Ninth Appellate District, sitting by designation in the place and stead of Herbert, J.